# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| - against - | CASE NO.: 3:23-cv-00039-RSB-JCH |
| MCCALLUM-GILLISPIE, LLC d/b/a The Pier, et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Productions, Inc. ("Plaintiff"), by and through its attorneys, and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants McCallum-Gillispie, LLC d/b/a The Pier, Rebecca Gillispie, Brooke Lange, and Devin McCallum (hereinafter "Defendants") because Defendants have failed to answer, plead, or otherwise respond to Plaintiff's Complaint.

## EVIDENCE RELIED UPON

This motion is based upon the Declaration of Alex Wallin, the Declaration of Joseph P. Hand, III, the Affidavit of Benjamin Price, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the Rate Card for the broadcast, the Commercial Licensing Agreement for the broadcast, and the pleadings and records on file with the court in this action.

131854384v1

## BACKGROUND AND ARGUMENT

This action involves a claim for damages by Plaintiff against Defendants for infringing on Plaintiff's rights to the pay-per-view broadcast of *Ultimate Fighting Championship® 264: Poirier vs. McGregor 3* on July 10, 2021, including all undercard bouts and commentary, in violation of the Federal Communications Act, 47 U.S.C. § 553, *et seq.*, 47 U.S.C. § 605, *et seq.* Plaintiff served the Summons and Complaint upon Defendant McCallum-Gillispie, LLC on July 18, 2023, Defendant Brooke Lange on September 29, 2023, Defendant Devin McCallum on September 30, 2023, and Defendant Rebecca Gillispie on October 4, 2023.  *See* ECF Nos. 4, 11-12, 14.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint.  Accordingly, Defendants McCallum-Gillispie, LLC, Brooke Lange, Devin McCallum, and Rebecca Gillispie were required to file answers no later than August 8, 2023, October 20, 2023, October 23, 2023, and October 25, 2023, respectively.  Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint.  Upon the failure of the Defendants to timely file a responsive pleading, a Motion for Entry of Default was filed on January 10, 2024 against Defendants.  *See* ECF No. 19.  On January 12, 2024, Default was entered against Defendants.  Plaintiff now files the instant Motion for Default Judgment.  Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

## CONCLUSION

Default was entered against Defendants McCallum-Gillispie, LLC d/b/a The Pier, Rebecca Gillispie, Brooke Lange, and Devin McCallum on January 12, 2024. Accordingly, the Plaintiff is entitled to a Judgment on Default. A proposed Order is attached herewith.

Dated: March 6, 2024              Respectfully submitted,

                                  _____/s/_____
                                  Alex E. Wallin (VA bar number 81058)
                                  Taft Stettinius & Hollister LLP
                                  425 Walnut Street, Suite 1800
                                  Cincinnati, OH 45202-3957
                                  (513) 357-9445
                                  (513) 381-0205 (facsimile)
                                  awallin@taftlaw.com

                                  *Attorney for Plaintiff Joe Hand Promotions, Inc*

3

131854384v1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 6, 2024, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following parties by United States mail:

McCallum-Gillispie, LLC
d/b/a The Pier
c/o Rene Nordquist
100 Shockoe Plaza, Floor 2
Richmond, VA 23219

Rebecca Gillispie
4069 Chain Bridge Road, Suite 3D
Fairfax, VA 22030

Brooke Lange
25182 Bellmeadow Drive
Culpeper, VA 22701

Devin McCallum
2113 W. North B Street
Tampa, FL 33606

 

                /s/
        Alex E. Wallin (VA Bar Number 81058)
        Taft Stettinius & Hollister LLP
        425 Walnut Street, Suite 1800
        Cincinnati, OH 45202-3957
        Phone: (513) 381-2838
        Fax: (513) 381-0205
        awallin@taftlaw.com

        *Attorney for Plaintiff Joe Hand Promotions, Inc.*

131854384v1