UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | |
| v. | CASE NO.: 3:23-cv-00039 |
| MCCALLUM-GILLISPIE, LLC d/b/a The Pier, et al., | |
| Defendants. | |

# ORDER

This matter is before the Court on Plaintiff's Motion for Final Default Judgment. Upon consideration of Plaintiff's Motion for Final Default Judgment, the accompanying Memorandum in Support thereof and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendants McCallum-Gillispie, LLC d/b/a The Pier, Rebecca Gillispie, Brooke Lange, and Devin McCallum (hereinafter "Defendants") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in Plaintiff's Original Complaint are deemed admitted against Defendants; that Defendants exhibited the broadcast of *Ultimate Fighting Championship® 264: Poirier vs. McGregor 3* on July 10, 2021, including all undercard bouts and commentary, without authorization from Plaintiff; and that Defendants' actions were willful and for purposes of direct

1

or indirect commercial advantage or private financial gain.

       IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

       1.      That Judgment by default be entered in favor of Plaintiff and against Defendants McCallum-Gillispie, LLC d/b/a The Pier, Rebecca Gillispie, Brooke Lange, and Devin McCallum.

       2.      That Plaintiff shall schedule with the Deputy Clerk a hearing on damages on this case.

Entered: March 29, 2024

*Robert S. Ballou*

Hon. Robert S. Ballou