CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 21, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   Civil Action No. 3:23-cv-00039 |
| | ) |
| | ) |
| **MCCALLUM-GILLISPIE, LLC,** *et al.*, | ) |
| | ) |
|    **Defendants,** | ) |

## JUDGMENT ORDER

The Court had previously entered default judgment in favor of Plaintiff, Joe Hand Promotions, Inc., against Defendants, McCallum-Gillispie, LLC (d/b/a The Pier), Rebecca Gillispie, Brooke Lange, and Devin McCallum, for infringing on Plaintiff's rights to the pay-per-view broadcast of *Ultimate Fighting Championship® 364: Poirier v. McGregor 3* including all undercard bouts and commentary in violation of the Federal Communications Act, 47 U.S.C. § 605, *et seq.*, or in the alternative, 47 U.S.C. § 553, *et seq.* Having considered the arguments and evidence presented by Plaintiff, and Defendants making no appearance in this case, Judgment is hereby entered in the amount of $10,178.30. Defendants Rebecca Gillispie, Brooke Lange, and Devin McCallum are individually, jointly, and severally liable for the damages imposed.

It is so **ORDERED**.

Enter:   May 21, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge